NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CATALINA BENITEZ and EDUARDO   )
BENITEZ,                       )
                               )
          Appellants,          )
                               )
v.                             )          Case No. 2D18-181
                               )
HSBC BANK USA, NATIONAL        )
ASSOCIATION AS TRUSTEE FOR     )
DEUTSCHE ALT-A SECURITIES, INC., )
MORTGAGE LOAN TRUST SERIES     )
2006-OA1 MORTGAGE PASS-THROUGH )
CERTIFICATES,                  )
                               )
          Appellee.            )
_____)


Opinion filed October 5, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Collier County;
Hugh D. Hayes, Judge.

Ricardo R. Corona of Corona Law Firm,
P.A., Fort Lauderdale, for Appellants.

Nancy M. Wallace of Akerman, LLP,
Tallahassee; and William P. Heller and
Henry H. Bolz of Akerman, LLP, Fort
Lauderdale, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LUCAS, and SALARIO, JJ., Concur.